UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD G. RODRIGUEZ,<br><br>                                Petitioner,<br>       v.<br>R. BAKER, et al.,<br><br>                                Respondents. | Case No. 3:15-cv-00339-MMD-WGC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On November 13, 2015, this Court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action. (Dkt. no. 6.) On December 14, 2015, Kenneth Lee of the Federal Public Defender's Office appeared on behalf of petitioner. (Dkt. no. 8.) The Court now sets a schedule for further proceedings in this action.

It is therefore ordered that counsel for petitioner meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

It is further ordered that petitioner will have ninety (90) days from the date of entry of this order, to file and serve on respondents an amended petition

for writ of habeas corpus, which must include all known grounds for relief (both exhausted and unexhausted).

It is further ordered that respondents will have thirty (30) days after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents will have thirty (30) days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

It is further ordered that if and when respondents file an answer, petitioner will have thirty (30) days after service of the answer to file and serve a reply.

It is further ordered that any state court record exhibits filed by the parties herein must be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed must further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.

It is further ordered that the parties must send courtesy (paper) copies of all exhibits presented in support of the amended petition and the response to the amended petition to the Reno Division of this Court. Courtesy copies must be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties must provide courtesy copies of any additional exhibits submitted to the Court in this case, in the manner described above.

It is further ordered that the Clerk of Court will modify the docket to remove petitioner's address from the CM/ECF docket and replace it with the address for the Federal Public Defender's Office, as indicated on the notice of appearance.

It is further ordered that petitioner file no further *pro se* documents and proceed by and through appointed counsel.

DATED THIS 16th day of December 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE