UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD G. RODRIGUEZ,<br><br>Petitioner,<br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00339-MMD-WGC<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for an extension of time to comply with the Court's order (ECF No. 35) is granted. Petitioner will have up to and including February 28, 2018, within which to comply with the Court's order of December 29, 2017 (ECF No. 33).

DATED THIS 29th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE