UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD G. RODRIGUEZ,<br><br>Petitioner,<br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00339-MMD-WGC<br><br>ORDER |

On December 29, 2017, the Court found that Grounds 1(a) and 3 of the first amended petition for writ of habeas corpus were unexhausted. (ECF No. 33.) As the petition is therefore mixed, the Court directed petitioner to file either (1) a motion to dismiss only the unexhausted claims, (2) a motion to dismiss the entire petition without prejudice, or (3) a motion for other appropriate relief, including a stay. (*Id.*) On February 28, 2018, petitioner filed a motion to dismiss the unexhausted claims. (ECF No. 37).

It is therefore ordered that petitioner's motion to dismiss (ECF No. 37) is granted, and Grounds 1(a) and 3 are hereby dismissed.

It is further ordered that respondents must file an answer to the remaining claims in amended petition within thirty (30) days of the date of entry of this order.

It is further ordered that petitioner may file a reply within thirty (30) days after service of the answer.

DATED THIS 28th day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE