UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EDWARD G. RODRIGUEZ, | Case No. 3:15-cv-00339-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

It is ordered that Respondents' motion for extension of time (ECF No. 39) is granted. Respondents will have until June 29, 2018, to file their answer to the remaining claims of the first amended petition for writ of habeas corpus in this case.

DATED THIS 30th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE