# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD G. RODRIGUEZ, | Case No. 3:15-cv-00339-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

Respondents' second motion for extension of time (ECF No. 41) is granted. Respondents will have until August 27, 2018, to file their answer to the remaining claims of the first amended petition for writ of habeas corpus in this case.

DATED THIS 2nd day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE