UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD G. RODRIGUEZ,<br><br>                Petitioner,<br>     v.<br>TIMOTHY FILSON, *et al.*,<br><br>                Respondents. | Case No. 3:15-cv-00339-MMD-WGC<br><br>ORDER |

It is ordered that Petitioner's unopposed motion for extension of time (ECF No. 44) is granted in part. Petitioner will have until November 27, 2018, to file a reply to the Respondents' answer to the petition for writ of habeas corpus in this case.

DATED THIS 27th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE